[No. 4050.]

CAMPBELL v. THE LOS ANGELES GOLD MINE CO.

MECHANICS' LIENS—ATTORNEYS' FEES—CONSTITUTIONAL LAW.

That part of the Mechanics' lien act (Session Laws 1893, p. 325 section 18) which provides for attorneys' fees to be taxed as costs in all suits for foreclosure in case plaintiff obtains a judgment is unconstitutional and void.

*Error to the Court of Appeals.*

Messrs. THOMPSON & THOMPSON, Mr. C. J. PERKINS and Mr. F. E. GREGG for plaintiff in error.

Messrs. CARPENTER & McBIRD for defendant in error.

*Per Curiam.*—On the merits, the sole question in this case relates to the validity of that part of the section of the Lien Act which provides that in all suits for the forclosure of a mechanics' lien, in case plaintiff obtains a judgment, attorneys' fees shall be taxed as costs. Sec. 18, p. 325, Session Laws 1893. The court of appeals in this case—*Los Angeles Gold Mining Co. v. Campbell.* 13 Colo. App., 1; 56 Pac. Rep. 246, held that such provision was unconstutional. Since that opinion was handed down, this court, in the case of *Davidson v. Jennings,* 27 Colo., 187; 60 Pac. Rep. 354, has reached the same conclusion. The constitutionality of the portion of the act in question is, therefore, no longer a debatable question; and as no other is involved which gives this court jurisdiction, the writ of error must be dismissed for want of jurisdiction, and it is so ordered.

*Writ dismissed.*